IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : |
| | : Case No.: 7:18-CR-00032 (WLS-TQL-1) |
| | : |
| DAVID EARL BUTLER, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

On March 13, 2024, Defendant Butler filed a "Motion to Transfer Supervised Release" from the Middle District of Georgia to the Northern District of Georgia.

Accordingly, the Government is hereby **ORDERED** to file a response to the Motion within **twenty-one (21)** days of entry of the instant Order, or on or before **Monday, April 8, 2024**.

**SO ORDERED**, this 18th day of March 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1